ALTSHULER SHAHAM PROVIDENT FUNDS, LTD., Appellant, v GML TOWER LLC, et al., Defendants, and THE PIKE COMPANY, INC., et al., Respondents.

Submitted December 12, 2011; decided February 9, 2012

Reported below, 83 AD3d 1563.

Motion for leave to appeal dismissed upon the ground that

the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.